# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**MICHELLE MAGRO,**

    **Plaintiff,**

**v.**                                                   **Case No:   6:15-cv-1093-Orl-31TBS**

**PETERSENDEAN ROOFING AND**
**SOLAR SYSTEMS, INC.,**

    **Defendant.**

## ORDER

This matter comes before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint or Stay the Case and Compel Arbitration ("Motion") (Doc. 7) filed on July 31, 2015. This Court's Local Rule 3.01(b) gave the Plaintiff fourteen days after service of the Motion to respond in opposition. Eighteen days have elapsed since the Motion was filed and the Plaintiff has failed to respond, it will therefore be considered unopposed.

In consideration of the foregoing and it appearing that the Motion is meritorious, it is hereby **ORDERED** that the Motion (Doc. 7) is **GRANTED** and the Complaint is **DISMISSED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida on August 18, 2015.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party